# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHANE MICHAEL DAHIR,
           Appellant,
      vs.
THE STATE OF NEVADA,
           Respondent.

No. 81089

**FILED**

MAY 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction motion to withdraw a guilty plea. Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the motion when appellant filed his appeal on April 23, 2020.[1] Thus, this appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[1]A hearing is scheduled for June 1, 2020.

20-18688

cc:   Hon. Cristina D. Silva, District Judge
      Shane Michael Dahir
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A